UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-7848 FMO (AGRx) | Date | January 9, 2017 |
|---|---|---|---|
| Title | Couture Textile, Inc. v. JHKO, Inc., et al. | | |

Present: The Honorable | **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution**

Plaintiff filed its complaint on October 21, 2016.  By order dated December 21, 2016, plaintiff was ordered to show cause, on or before December 28, 2016, why this action should not be dismissed for plaintiff's failure to complete service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure.  (See Court's Order of December 21, 2016).  Plaintiff was admonished that "[f]ailure to file a timely response to th[e] Order to Show Cause may result in the action being dismissed for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41."  (Id.).  Plaintiff did not file any response to the Court's Order to Show Cause.

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).

Accordingly, IT IS ORDERED THAT:

1.  Plaintiff shall file a proof of service no later than **January 20, 2017**.

2.  Plaintiff is again admonished that failure to respond to the OSC or file a proof of service by the January 20, 2017, deadline will result in the action being dismissed without prejudice for lack of prosecution and/or failure to comply with the orders of the court.  See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962.

3.  The Order to Show Cause Re: Dismissal Re:  Lack of Prosecution, is hereby continued pending compliance with paragraph one above

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |